## Koch, Exec. *v.* Cook.

APPEAL from the Chancery Court of Greene.
Heard before the Hon. THOMAS H. SMITH.

ABRAHAMS & SIMON, for appellant.

JOHN McKINLEY, for appellee.

The appeal in this case was prosecuted from a decree sustaining the demurrers interposed by the appellee to a bill filed by the appellant as executor of Isadore Levy, deceased.

The appeal is dismissed on motion of appellee, for want of prosecution.